IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| ANNE O'BOYLE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 23-CV-870 |
| UNIFIN, INC.; RESURGENT CAPITAL SERVICES L.P., | ) | |
| Defendants. | ) | |

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Resurgent Capital Services, LP (hereinafter "Defendant"), hereby removes this action from the State of Wisconsin Circuit Court for Milwaukee County to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1331 (federal question), 1441 and 1446, and as and for its short, plain statement of the grounds for removal, respectfully states and alleges as follows:

1. On March 27, 2023, Plaintiff Anne O'Boyle ("O'Boyle"), filed a Complaint against Defendants in the Circuit Court for the State of Wisconsin – Milwaukee County captioned *Anne O'Boyle v. Resurgent Capital Services, L.P., et al*, Case No. 23-CV-2195 with the Milwaukee County Clerk of Court.

2. On June 5, 2023, Defendant first received the complaint within the meaning of 14 U.S.C. § 1446(b). No additional proceedings have been had in this action.

3. The Complaint filed by O'Boyle, Exhibit 1, is a civil action of which this court has original jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), in that it sets forth a claim

for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq ("FDCPA"). (Exhibit 1, p. 15-16.)

4. Removal is timely under 28 U.S.C. § 1446(b) as the Complaint was filed on March 27, 2023 and Defendant was first received the Complaint through acceptance of service on June 5, 2023.

5. Plaintiff has alleged enough to demonstrate standing and injury in fact at this pleading stage by alleging that she was improperly charged higher interest on her account. (Exhibit 1 at ¶75.)

6. Defendant Resurgent Capital Services, L.P. has obtained approval for removal from the other Defendant, Unifin, Inc., in this matter.

7. In accordance with 28 U.S.C. § 1446(d), written notice of removal is being provided to the plaintiff and filed with the Clerk of the Circuit Court for Milwaukee County.

Dated this 30th day of June, 2023.

Respectfully submitted,
BARRON & NEWBURGER, PC

*/s/ Alyssa A. Johnson*
Alyssa A. Johnson

Alyssa A. Johnson
Barron & Newburger, P.C.
333 W. Brown Deer Road, Unit G – 365
Milwaukee, WI 53217
Phone No. 262-272-1820
ajohnson@bn-lawyers.com